IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO.: 8:24-cr-00788 |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| vs. | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 846 |
| | ) | |
| **AMANDA WILLIAMS TRUMP** | ) | <u>INFORMATION</u> |

<u>COUNT 1</u>
*(Conspiracy to Distribute Methamphetamine)*

THE UNITED STATES ATTORNEY CHARGES:

That beginning at least in or around September 2022, and continuing thereafter, until in or around November 2023, in the District of South Carolina and elsewhere, the Defendant, **AMANDA WILLIAMS TRUMP**, knowingly and intentionally did combine, conspire, agree, and have tacit understanding with others to knowingly, intentionally, and unlawfully possess with intent to distribute and distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Justin W. Holloway (Fed. ID # 11684)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Justin.Holloway@usdoj.gov

1